# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1071 ODW(JCx) | Date | September 1, 2010 |
|---|---|---|---|
| Title | Ebony Bonano v. Air To Ground Services Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause Re Non-Payment of Attorney Admission Fee**

On April 15, 2010 the Court issued a letter to attorney John D. Winer reminding counsel that the attorney admission fee required by the Court had not yet been paid. As of August 4, 2010 the required fee remains unpaid.

Counsel is ordered to show cause within 15 days why the required attorney admission fee remains unpaid. The Court will accept as an appropriate response payment of the required fee not later than **Thursday, September 16, 2010**.

Failure to comply with this order will result in the above-named attorney(s) being stricken as counsel of record.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or filing on or before the date upon which a response by the party or parties is due.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |