UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1071 ODW(JCx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | Ebony Bonano v. Air To Ground Services Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement; Order Vacating Hearing on Plaintiff's Motion for Order Amending Scheduling Order [35] (Filed 1/29/11)

The Court is in receipt of the Notice of Settlement [46] filed March 4, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, April 25, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for April 19, 2011 at 9:00 a.m. is VACATED, as are all other pretrial hearing dates and filing deadlines. Failure to finalize settlement will result in an immediate resetting of the Jury Trial with an accelerated schedule of pretrial hearing dates and filing deadlines.

The above-referenced motion is hereby DEEMED MOOT AND VACATED, as is the motion hearing scheduled for March 7, 2011 at 1:30 p.m.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |